**1212 LUDLOW LP, Respondent**

v.

**Robert DUNCAN, Petitioner.**

Supreme Court of Pennsylvania.

March 4, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 4th day of March, 2014, the Emergency Petition to Stay Writ of Possession is hereby DENIED.